Alton Edwin HILTON, Petitioner—
Appellant,

v.

Tracy JOHNS, Warden, Respondent—
Appellee.

No. 10–6346.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 19, 2010.

Decided: Oct. 26, 2010.

Alton Edwin Hilton, Appellant Pro Se.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alton Edwin Hilton, a federal prisoner, appeals the district court's order denying

relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hilton v. Johns,* No. 5:09–hc–02029–D (E.D.N.C. March 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*